## Clarence J. Mimmack, Appellee, v. Marguerite McNulty, Individually and as Executrix of Estate of Charles C. Mimmack, Deceased, Appellant.

### Gen. No. 45,904.

Samuel Nineberg & Benjamin F. Cohn, for appellant; Samuel Nineberg, of counsel; Mages & Sachs, for appellee; Bernard W. Mages, and Jack L. Sachs, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.** Opinion filed December 8, 1952; rehearing denied December 22, 1952; released **for** publication December 23, 1952.